UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 6, 2014

**FILED**
DEC 05 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Case Name:       US-v-Blake Benthall
Case Number:     14-MAG-2427 (our # 14-71397 JSC)
Charges:         21:846 - Narcotics Trafficking; 18:1030(b) - Conspiracy to Commit and Aid and Abet Computer Hacking; 18:1028(f) - Conspiracy to Transfer Fraudulent Identification Documents; 18:1956(h) - Money Laundering Conspiracy

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Jacqueline Scott Corley. The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
   ()    The defendant has a court appearance in your court on:

Enclosed are the following documents:
   original Rule 5 affidavit
   original minute order(s), waiver(s)
   certified copy of *AO 94, Commitment to Another District*
   certified copy of Docket Sheet

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Mark Jenkins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

14 Mag 2427

Date: 11/24/14

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk
Gilbert Quan